IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:21-CR-00192-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| ISNELDY SIGFREDO GRULLON, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion seeking authorization to destroy drug evidence. (Doc. No. 43). Having reviewed the Motion, the Court will grant the Motion because the Defendant has been sentenced and there is no longer a need to retain the evidence.

**IT IS THEREFORE ORDERED** that the U.S. Department of Homeland Security, Homeland Security Investigations may destroy the fentanyl and cocaine evidence seized in HSI Case Number CR13HR21CR0004, FPF Case Number 2021-1512-000681-0.

**SO ORDERED.**

Signed: June 8, 2022

*/s/ Kenneth D. Bell*
Kenneth D. Bell
United States District Judge